IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD BURRELL, AIS # 210704,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 20-00108-JB-N |
| **KATRINA BROWN,** *Warden I*, **et al.,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation (Doc. 22) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated September 25, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** as malicious under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1), and that all of the Plaintiff's pending motions are therefore **MOOT**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

DONE this 28th day of October, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE